1  PISTONE LAW GROUP, LLP                                              JS-6
   THOMAS A. PISTONE, SBN: 77774
2  19200 Von Karman Ave., Suite 940
3  Irvine, California 92612
   Telephone: (949) 864-9660
4  Email: tpistone@pistonelawgroup.com

5  MOUSAVI & LEE, LLP
   SUOO LEE, SBN: 280144
6  AMY A. MOUSAVI, SBN: 228388
7  19200 Von Karman Ave., Suite 940
   Irvine, California 92612
8  Telephone: (949) 864-9667
   Email: slee@mousavilee.com
9
   Attorneys for Plaintiff, INLAND PACIFIC ADVISORS, INC.
10

11                          **UNITED STATES DISTRICT COURT**

12                         **CENTRAL DISTRICT OF CALIFORNIA**

13

| INLAND PACIFIC ADVISORS, INC., a California Corporation, | Case No. 8:18-cv-01497-DOC-ADS |
|---|---|
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO: Hon. David O. Carter<br>Crtrm: 9D |
| v. | |
| MARKEL INSURANCE COMPANY, an Illinois Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; and DOES 1 through 50, inclusive, | **ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) [31]** |
| Defendants. | |

**ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff INLAND PACIFIC ADVISORS, INC. and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant EVANSTON INSURANCE COMPANY.

Dated:

PISTONE LAW GROUP, LLP
MOUSAVI & LEE, LLP

*[signature]*

THOMAS A. PISTONE
SUOO LEE
AMY A. MOUSAVI
Attorneys for PLAINTIFF
INLAND PACIFIC ADVISORS, INC.

SO ORDERED.

Dated: May 8, 2019

*[signature]*

DAVID O. CARTER
U.S. District Court